UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In Re:

DWYER, MARC EMERSON

Case No 13-40542TLH4
Chapter 7

Debtor(s)

_____

# REPORT AND NOTICE OF INTENTION
# TO SELL PROPERTY OF THE ESTATE TO DEBTOR

**TO:** Debtor(s), Creditors, and Parties in Interest:

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-2, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you objection to the relief requested in this paper, you must file your objection with the clerk of the Court at 110 E. Park Avenue, Tallahassee, FL 32301, and serve a copy on the Trustee, Theresa M. Bender, P.O. Box 14557, Tallahassee, FL. 32317.**
    **If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of relief requested in the paper, and will proceed to consider the paper without further notice of hearing, and my grant the relief requested.**

**NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the debtor(s), under the terms and conditions set forth below:**

1) **Description and Value of Property:** *Non-exempt equity* in assets scheduled by the Debtor(s).
EQUITY:
WYNDHAM VACATION RESORTS - $250.00
CHECKING - $1059.58
07 NISSAN SENTRA - $1037.00
12" WOODEN BOAT - $90.00
OFFICE EQUIPMENT/MACHINERY -$180.00
INTERESTS/SHARES IN BUSINESSES-$1,000.00
SUBTOTAL-$3616.58
6% SURCHARGE FOR TERMS-$217.00
TOTAL-$3833.58
10 MOS-$383.38

2) **Manner of Sale:**      Private (x )*     Public Auction (  )

3) **Terms of Sale:**

   a) Purchaser(s)         DWYER, MARC EMERSON,Debtor.

   b) "As is," "where is" with no warranties expressed or implied;
   This sale is subject to any scheduled, known or unknown, liens, encumbrances, and Debtor's exemptions; and the liens and/or encumbrances shall not attach to the proceeds of this sale..

   c) Assets and Terms as spelled out in the promissory note executed by Debtor(s);

   d) Selling price as negotiated between the parties and as more fully stated in executed Promissory Note held by the Trustee.

   e) All payments shall be made to **Theresa M. Bender, Trustee, P.O. Box 14557,Tallahassee, Florida 32317.**

*The purchase price(s) was/were established by review of the schedules and any additional documents or testimony provided by parties, negotiated in good faith, and based on the principles of best business judgment.

*(Applicable to private sales only.)*  The Trustee will entertain any higher bids of 25% or more for the purchase of the assets of the debtor(s) which the Trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price.  Any higher bid must be received, with the applicable deposit) by the Trustee at the address listed below *no later than the close of business 15 days from the date of this Notice.*

NOTICE IS HEREBY GIVEN that all objections to the same must state the basis of the objection. If no objection is filed, the sale described above will take place.

Date:4/30/2014                          /s/ Theresa M. Bender
                                        THERESA M. BENDER
                                        CHAPTER 7 TRUSTEE
                                        P.O. Box 14557
                                        Tallahassee, Florida 32317
                                        PH: 850.205.7777
                                        FL Bar No. 0749486
                                        Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing Report and Notice of Intention to Sell Property of the Estate has been furnished by Electronic Mail/U.S. mail to all persons on the Court's mailing matrix and Charles F. Edwards, Esq., U.S. Trustee, 110 East Park Ave., Suite 128, Tallahassee, FL. 32301.

Dated  4/30/2014                        /s/ Theresa M. Bender

```
Label Matrix for local noticing        Citizens Tri-Co Bank                    Florida Dept. of Labor/Employment Security
1129-4                                  Mayfield & Lester                       c/o Florida Dept. of Revenue
Case 13-40542-KKS                       c/o Gary E. Lester                      P.O. Box 6668
Northern District of Florida            P.O. Box 789                            Tallahassee, FL 32314-6668
Tallahassee                             Chattanooga, TN 37401-0789
Wed Apr 30 13:23:39 EDT 2014

Florida Dept. of Revenue                Internal Revenue Service                REGIONS BANK
Bankruptcy Unit                         P.O. Box 7346                           c/o J. Arby Van Slyke, P.A.
P.O. Box 6668                           Philadelphia, PA 19101-7346             Post Office Box 13244
Tallahassee, FL 32314-6668                                                      Pensacola, Fl 32591-3244


Secretary of the Treasury               U.S. Attorney (Tallahassee Office)      (p)U S SECURITIES AND EXCHANGE COMMISSION
U.S. Treasury Department                111 N. Adams Street                     ATLANTA REG OFFICE AND REORG
15th & Pennsylvania Ave.                Fourth Floor                            950 E PACES FERRY RD NE STE 900
Washington, DC 20220-0001               Tallahassee, FL 32301-7736              ATLANTA GA 30326-1382


*Citizens Tri-Co Bank                   *Regions Bank f/k/a AmSouth Bank        Akerman Senterfitt
c/o Gary E. Lester                      c/o J. Arby Van Slyke, P.A.             PO Box 231
P.O. Box 789                            618 West Garden Street                  420 South Orange Avenue
Chattanooga, TN 37401-0789              Pensacola, FL 32502-4734                Suite 1200
                                                                                Orlando, FL 32801-4904


American Express                        American Express Bank FSB               American Express Centurion Bank
Po Box 3001                             c/o Becket and Lee LLP                  c/o Becket and Lee LLP
16 General Warren Blvd                  POB 3001                                POB 3001
Malvern, PA 19355-1245                  Malvern  PA 19355-0701                  Malvern  PA 19355-0701


(p)AMERICAN HONDA FINANCE               Amex/American Express                   Amsouth Bank/Regions Bank
P O BOX 168088                          Po Box 3001                             Consumer Collections/Bankruptcy Departme
IRVING TX 75016-8088                    16 General Warren Blvd                  Po Box 10063
                                        Malvern, PA 19355-1245                  Birmingham, AL 35202-0063


Asset Recovery 23, LLC                  Bank of America                         Cach Llc/Square Two Financial
1499 W. Palmetto Park Road              Attn: Correspondence Unit/CA6-919-02-41  Attention: Bankruptcy
Suite 300                               Po Box 5170                             4340 South Monaco St.  2nd Floor
Boca Raton, FL 33486-3322               Simi Valley, CA 93062-5170              Denver, CO 80237-3408


Capital  One Na                         Capital 1 Bank                          Citrus County Tax Collector
Attn: Bankruptcy                        Attn: Bankruptcy Dept.                  210 N. Apopka Ave.
Po Box 30285                            Po Box 30285                            Suite 100
Salt Lake City, UT 84130-0285           Salt Lake City, UT 84130-0285           Inverness, FL 34450-4298


Citrus County Tax Collector             Cordoba & Associates, P.A.              Ctzns Tri Cty Bk
Attn: Janice A. Warren, CFC             1551 Sawgrass Corp Pkwy Suite 110       Po Box 697
210 N. Apopka Ave., Ste. 100            Fort Lauderdale, FL 33323-2832          Dunlap, TN 37327-0697
Inverness, FL 34450-4298


Discover Bank                           Discover Fin Svcs Llc                   Donnette Dwyer
DB Servicing Corporation                Po Box 15316                            8 Evanston Lane
PO Box 3025                             Wilmington, DE 19850-5316               Palm Coast, FL 32164-6209
New Albany, OH  43054-3025
```

| | | |
|---|---|---|
| Edsouth W/jp Morgan<br>Po Box 36014<br>Knoxville, TN 37930-6014 | (p)FOCUS RECEIVABLES MANAGEMENT LLC<br>1130 NORTHCHASE PARKWAY STE 150<br>MARIETTA GA 30067-6429 | Gecrb/Lowes<br>Attention:  Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Gladstone Law Group<br>1499 W. Palmetto Park Road<br>Suite 300<br>Boca Raton, FL 33486-3322 | Hayt Hayt & Landau P.L.<br>7765 S.W. 87th Avenue Suite 101<br>Miami, FL 33173-2535 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| J. Arby Van Slyke, P.A.<br>Post Office Box 13244<br>Pensacola, Florida 32591-3244 | KD&N LLC<br>PO Box 37<br>Bunnell, FL 32110-0037 | Kentwood Law Group<br>5050 Palo Verde Street, Suite 116<br>Montclair, CA 91763-2333 |
| Law Office of Joe Pezzuto, LLC<br>4013 E. Broadway Suite A2<br>Phoenix, AZ 85040-8818 | Mark Quinn<br>State Street Drive<br>New Orleans, LA 70125 | (p)MOSS AND BARNETT<br>90 SOUTH 7TH STREET<br>STE 4800<br>MINNEAPOLIS MN 55402-4129 |
| Nationwide Credit Inc.<br>2002 Summit Blvd Suite 600<br>Atlanta, GA 30319-1559 | PNC Bank<br>PO Box 5570<br>Mailstop BR-YB58-01-5<br>Cleveland, OH 44101-0570 | Regions Bank<br>PO Box 2224<br>Birmingham, AL 35246-0001 |
| Regions Bank f/k/a AmSouth Bank<br>c/o J. Arby Van Slyke, P.A.<br>Post Office Box 13244<br>Pensacola, FL 32591-3244 | Rose Dwyer<br>149 Barrington Drive<br>Palm Coast, FL 32137-8870 | Thomas Hoffeditz<br>9446 Brownwood Ct.<br>Oviedo, FL 32765-6172 |
| United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Wells Fargo Bank Nv Na<br>Attn: Deposits Bankruptcy MAC# P610<br>Po Box 3908<br>Portland, OR 97208-3908 | Werner Williams<br>8 Evanston Lane<br>Palm Coast, FL 32164-6209 |
| (p)WYNDHAM CONSUMER FINANCE INC<br>P O BOX 97474<br>LAS VEGAS NV 89195-0001 | Zwicker & Associates, P.C.<br>POB 9013<br>Andover, MA 01810-0913 | arbyvs@bellsouth.net<br>tlj32502@bellsouth.net |
| Marc Emerson Dwyer<br>2700 Apalachee Pkwy<br>Suite B<br>Tallahassee, FL 32301-3727 | Stephen R.A. Knight<br>Knight Law Firm, LLC<br>2700 Apalachee Parkway<br>Suite B<br>Tallahassee, FL 32301-3727 | Theresa M. Bender<br>P.O. Box 14557<br>Tallahassee, FL 32317-4557 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | American Honda Finance<br>1235 Old Alpharetta Rd<br>Alpharetta, GA 30005 | Focus Receivables Management<br>1130 Northchase Pkwy Suite 2150<br>Marietta, GA 30067 |
| Internal Revenue Service<br>IRS<br>Philadelphia, PA 19255 | Moss & Barnett<br>4800 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402-4129 | Wyndham Vacation Resorts<br>PO Box 98940<br>Las Vegas, NV 89193-8940 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AMERICAN HONDA FINANCE CORP.
Kent D. McPhail

End of Label Matrix
Mailable recipients    56
Bypassed recipients     1
Total                  57